UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| EARL ROBINSON, JR.<br>LA. DOC #390863<br>VS. | CIVIL ACTION NO. 5:15-cv-2048<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this _____ day of _____, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE